U.S. Western District Court

Kenneth R. Richards Jr.

-V-

Lincoln Parish Sheriff
Police Jury

RECEIVED Filed 7/23/19

JUL 25 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____ Ken

Clerk

3:19-cv-0966 SEC P

Civil Suit 42 U.S.C § 1983
Complaint
Violation of La. Constitution art V § 16 (A)

ON June 18, 2019 plaintiff avers he were involved in a accident with (7) seven other inmate in parish vehicle, Lincoln parish Ruston Louisiana. in route from court back to L.P.D.C. Driven by Sgt. Odom. Plaintiff avers Sgt. Odom place the vehicle into reverse backing into another State vehicle, Alledgingly placing the vehicle into drive, driving away without calling State patrol or his superior to make a report of the accident At the arrival back at L.P.D.C plaintiff made reports to assistant Warden Pam Torbor, Warden Pam Torbor didn't make or file a report to Medical

or have plaintiff evaluated or taken to hospital for X-Rays,
plaintiff avers he's suffer from injuries of lower back, headache, and jaw pains
plaintiff therefore claims, Negligence, Medical Indifference, dinide of adequate medical care which he are entitle to.
The police Jury and Sheriff are over insurance policy who are liable for all injuries and compensation.
for relief plaintiff ask the court to award compensatory damage of $175,000.00 dollars.

Defendant

No 1. Defendant police Jury whom's employeed at Sheriff Dept at P.O. Box 2070 Ruston, La 71270 and are liable for suffering from injuries of lower back as of head of insurance policy

No 2. Defendant Sheriff Mike Stone whom's employeed as Sheriff at P.O. Box 2070 Ruston, La 71270 and are liable suffering from all injuries, as of head of insurance policy

No 3. Defendant Pam Torbor Assit Warden at L.P.D.C P.O. Box 2028 Ruston, La 71270 who are liable for not filing the complaint or reporting it to her supervisor, Therefore failing to have plaintiff seen by Medical staff, Plaintiff avers Negligence and medical indifference.