# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**KENNETH R. RICHARDS, JR.**        **CIVIL ACTION NO. 19-0966**

**SECTION P**

**VS.**

**JUDGE TERRY A. DOUGHTY**

**MIKE STONE, ET AL.**        **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kenneth R. Richards, Jr.'s claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for appointed counsel and request for a hearing, [doc. # 10, p. 11], are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 18th day of December, 2019.

                        TERRY A. DOUGHTY
                        UNITED STATES DISTRICT JUDGE